1  GARRICK S. LEW (SBN 61889)
   600 Townsend Street, Suite 329E
2  San Francisco, CA 94103-4957
   Telephone: (415) 575-3588
3  Facsimile:  (415) 522-1506

4  Attorneys for Defendant
   Iris Martinez

5

6

7

8                        UNITED STATES DISTRICT COURT

9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              )
                                           )
12                    Plaintiff,           )    CR 06-0565 SI
                                           )
13     vs.                                 )
                                           )    DEFENDANT IRIS MARTINEZ WAIVER
14                                         )    OF PERSONAL APPEARANCE AT STATUS
    IRIS MARTINEZ,                         )    CONFERENCE HEARING and [PROPOSED]
15                                         )    ORDER EXCUSING APPEARANCE
                      Defendant.           )
16  _____       )

17         I, IRIS MARTINEZ, declare under penalty of perjury that,

18         I am a defendant in the above captioned action.  I understand that I have a right to be present in

19  all court proceedings involving my case.  I hereby waive my right to be present at the February 6, 2007

20  status conference hearing before the court and further waive my right to be present at the hearing of

21  various pretrial motions that may be filed by my attorney or by my co-defendants.

22         I have regular ongoing discussions regarding the preparation of my defense with my attorney

23  Garrick S. Lew and other members of his office as we prepare the case for trial.  We have discussed the

24  charges, the amount of discovery and paper involved, the potential witnesses that may be called, the

25  investigation that needs to be done and preparations that must be completed before the case will be ready

26  for  trial.  I have received a copy of the Indictment and one CD-ROM with electronic images of case

27  investigation reports prepared by investigating agencies.  I am in the process of reviewing investigation

28  reports contained on the disk provided to me by my attorney.

                                           1

1        I do not believe that my attendance at the hearing will add anything more than what I have

2  described in this declaration. I am comfortable with my attorney attending the hearings and advising me

3  of the court's rulings and future court dates.

4        I have a number of physical and medical problems that make travel difficult for me and request

5  that the court excuse my personal appearance.

6        I declare under penalty of perjury that the above statements are true, except for those matters

7  stated on information and belief and as to those matters, I am informed and believe them to be true and

8  that this declaration was executed on January 30, 2007, in Roseville, California.

9

10

11                                   /s/
                                   Iris Martinez

12

13                         **ORDER**

14       The court having considered the declaration of defendant IRIS MARTINEZ, and good cause

15  appearing,

16       IT IS ORDERED that defendant IRIS MARTINEZ personal appearance be excused on February

17  6, 2007.

18  Dated: _____

19

20                               The Honorable Susan Illston

21                                Chief United States District Court Judge

22

23

24

25

26

27

28

2