GARRICK S. LEW (SBN 61889)
600 Townsend Street, Suite 329E
San Francisco, CA 94103-4957
Telephone: (415) 575-3588
Facsimile: (415) 522-1506

Attorneys for Defendant
Iris Martinez

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>IRIS MARTINEZ,<br><br>        Defendant. | CR 06-0565 SI<br><br>DEFENDANT IRIS MARTINEZ WAIVER OF PERSONAL APPEARANCE AT STATUS CONFERENCE HEARING and [PROPOSED] ORDER EXCUSING APPEARANCE |

I, IRIS MARTINEZ, declare under penalty of perjury that,

I am a defendant in the above captioned action. I understand that I have a right to be present in all court proceedings involving my case. I hereby waive my right to be present at the April 2, 2007 status conference hearing before the court and further waive my right to be present at the hearing of various pretrial motions that may be filed by my attorney or by my co-defendants.

I have regular ongoing discussions regarding the preparation of my defense with my attorney Garrick S. Lew and other members of his office as we prepare the case for trial. We have discussed the charges, the amount of discovery and paper involved, the potential witnesses that may be called, the investigation that needs to be done and preparations that must be completed before the case will be ready for trial. I now have printed hard copy images from the CD-ROM of investigation reports prepared by the government which I am still reviewing to discuss with my attorney. There is a lot of material and I have not finished reading everything yet.

I do not believe that my attendance at the hearing will add anything more than what I have described in this declaration. I am comfortable with my attorney attending the hearings and advising me of the court's rulings and future court dates.

I have a number of physical and medical problems that make travel difficult for me and request that the court excuse my personal appearance.

I declare under penalty of perjury that the above statements are true, except for those matters stated on information and belief and as to those matters, I am informed and believe them to be true and that this declaration was executed on March 22, 2007, in Roseville, California.

_____
Iris Martinez

## ORDER

The court having considered the declaration of defendant IRIS MARTINEZ, and good cause appearing,

IT IS ORDERED that defendant IRIS MARTINEZ personal appearance be excused on April 2, 2007.

Dated: _____

_____
The Honorable Susan Illston
Chief United States District Court Judge

2