```
GARRICK S. LEW (SBN 61889)
600 Townsend Street, Suite 329E
San Francisco, CA 94103-4957
Telephone: (415) 575-3588
Facsimile:  (415) 522-1506
```

Attorney for Defendant
Iris Martinez

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> IRIS MARTINEZ, <br><br> Defendant. | CR 06-0565 SI <br><br> DEFENDANT IRIS MARTINEZ WAIVER OF PERSONAL APPEARANCE AT JULY 11, 2008 TRIAL SETTING HEARING and [PROPOSED] ORDER EXCUSING APPEARANCE |

I, IRIS MARTINEZ, declare under penalty of perjury that,

I am a defendant in the above captioned action. I understand that I have a right to be present in all court proceedings involving my case. I hereby waive my right to be present at the July 11, 2008 trial setting hearing and further waive my right to be present at the hearing of various pretrial motions that may be decided by the court.

I have regular ongoing discussions regarding the preparation of my defense with my attorney Garrick S. Lew and other members of his office as we prepare the case for trial. We have discussed the charges, the amount of discovery and paper involved, the potential witnesses that may be called, the investigation that needs to be done and preparations that must be completed before the case will be ready for trial.

1

I do not believe that my attendance at the hearing will add anything more than what I have described in this declaration. I am comfortable with my attorney attending the hearings and advising me of the court's rulings and future court dates.

Approximately two months ago I broke my arm. Due to my injury I am unable to drive to San Francisco and therefore request that the court excuse my personal appearance.

I declare under penalty of perjury that the above statements are true, except for those matters stated on information and belief and as to those matters, I am informed and believe them to be true and that this declaration was executed on July 8, 2008, in Roseville, California.

_____/S/_____
Iris Martinez

**ORDER**

The court having considered the declaration of defendant IRIS MARTINEZ, and good cause appearing,

IT IS ORDERED that defendant IRIS MARTINEZ personal appearance be excused on July 11, 2008.

Dated: _____

_____
The Honorable Susan Illston
Chief United States District Court Judge

2